### In the Matter of Marvin ABRAMS.

### No. 665 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 28, 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 28th day of June, 2001, a Rule having been entered by this Court on April 2, 2001, pursuant to Rule 214(d)(1), Pa.R.D.E ., directing Marvin Abrams to show cause why he should not be placed on temporary suspension, upon consideration of the response filed, it is hereby

ORDERED that the Rule is made absolute; Marvin Abrams is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.

■

### In the Matter of Douglas Gerald KUNKLE.

### No. 681 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 23, 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 23rd day of July, 2001, a Rule having been entered by this Court on May 31, 2001, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Douglas Gerald Kunkle to show cause why he should not be placed on temporary suspension and upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Douglas Gerald Kunkle is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.